## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Case No. 13-cv-02101-WJM-BNB

JERRY LEE DEMMER, individually a/k/a JERRY-LEE, FAMILY OF DEMMER a/k/a JERRY DEMMER d/b/a ABSOLUTE WORD CHURCH, THE, a Colorado nonprofit corporation, and
ABSOLUTE WORD DAYCARE CENTER, a Colorado nonprofit corporation,

    Plaintiffs,

v.

HAPPY STATE BANK, a Texas banking association d/b/a GOLDSTAR TRUST COMPANY,
BONDHOLDERS OF MOUNT CARMEL MISSIONARY BAPTIST CHURCH, successor by merger to American Church Trust Company, solely in its capacity as trustee for the benefit of the a/k/a MT. CARMEL MISSIONARY BAPTIST CHURCH, INC., a Colorado nonprofit corporation,
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP, a Texas partnership,
MINDI L. MCCAIN,
TODD WHITTAKER,
SERVICE REALTY INC., and
TERI GONZALES

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed October 23, 2013 (ECF No.7). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 24th day of October, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge