IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02101-WJM-BNB

JERRY LEE DEMMER,
THE ABSOLUTE WORD CHURCH, and
THE ABSOLUTE WORD DAYCARE CENTER

Plaintiffs,

v.

HAPPY STATE BANK, d/b/a GOLDSTAR TRUST COMPANY,
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP,
MINDI L MCLAIN,
TODD WHITTAKER,
SERVICE REALTY, INC.
TERI GONZALES,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw as Counsel of Record** [Doc. # 10, filed 12/23/2013] (the "Motion to Withdraw").

On October 23, 2013, the parties filed a Stipulated Motion to Dismiss With Prejudice [Doc. # 7]. The Stipulated Motion was granted by an Order [Doc. # 8] entered the next day, and the case was dismissed with prejudice. As the Motion to Withdraw recites, "all matters relating to this action have been resolved and no further issues remain to be addressed or resolved." Motion to Withdraw [Doc. # 10] at ¶1. Under these circumstances, and without some greater explanation of cause, withdrawal is unnecessary. Indeed, thousands of cases are voluntarily dismissed from this court each year. To require or even allow motions to withdraw simply because a case is dismissed under Fed. R. Civ. P. 41(a) would unreasonably burden the court.

IT IS ORDERED that the Motion to Withdraw [Doc. # 10] is DENIED.

Dated December 30, 2013.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge